UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CARRIE YOUNG** | **CIVIL CASE NO.  6:24-CV-01589** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STATE FARM FIRE & CASUALTY COMPANY** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation.  After an independent review of the record and noting the lack of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 16] is correct and adopts the findings and conclusions therein as its own.  Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that that MOTION TO REMAND [Doc. 8] filed by Plaintiff Carrie Young is DENIED.

THUS, DONE AND SIGNED in Chambers on this 29th day of July 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT

.